{¶ 1} The judgment of the court of appeals is reversed, the trial court’s sentencing order is vacated, and the cause is remanded to the trial court on the authority of State v. South, 144 Ohio St.3d 295, 2015-Ohio-3930, 42 N.E.3d 734.
*124 Ron O’Brien, Franklin County Prosecuting Attorney, and Michael P. Walton, Assistant Prosecuting Attorney, for appellee.
Yeura R. Venters, Franklin County Public Defender, and Timothy E. Pierce, Assistant Public Defender, for appellant.
O’Connor, C.J., and Pfeifer, Lanzinger, French, and O’Neill, JJ., concur.
Kennedy, J., concurs in judgment only.
O’Donnell, J., dissents.